IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| Mei Xin Zhao,<br><br>                                Plaintiff,<br><br> - against -<br><br>MAGIC CHOPSTICKS LLC. d/b/a Magic Chopsticks Noodle Bar and Michael Cheng,<br><br>                                Defendants. | Case No. 2:25-cv-00707 |

**MOTION OF PLAINTIFF FOR THE ADMISSION PRO HAC VICE OF JIAN HANG, ESQ.**

NOW COMES Plaintiff by his attorney of record, Gregory A. Weimer of Kirkpatrick & Goldsborough, PLLC, and pursuant to Local Rule 83.1(b), moves for the admission of Jian Hang, Esq., to the Bar of this Court for the purpose of serving as counsel for Plaintiff, in the preparation and trial of this matter.  In support of this motion, movant states as follows:

1.     Mr. Hang is a member of the firm Hang & Associates PLLC, in Flushing, New York. Mr. Hang is a 2005 graduate of University of Arkansas at Little Rock, William H. Bowen School of Law, with honors. He has also earned an LL.M. from China University of Political Science and Law, in 1998 and an LL.B. from China University of Political Science and Law, (J.D. equivalent), in 1995. He is a member of the bars of the District of Columbia, New York, and Pennsylvania. He is admitted to the U.S. District Courts for the Eastern District of New York, the Southern District of New York, the Western District of New York, the Northern District of New York, the Middle District of Pennsylvania, the Eastern District of Pennsylvania, the District of Columbia, the Court of Appeals for the District of Columbia Circuit and the

1

District of Connecticut. Mr. Hang has been, and currently is, a member in good standing of the Bar of the highest Court of the state of New York where he regularly practices law.

2. Mr. Hang has been retained personally and as a member of the above-named law firm by Plaintiff to provide legal representation in connection with the above-captioned matter now pending before this Court.

3. Mr. Hang has never received public or private discipline, including but not limited to suspension or disbarment, by any organization with the authority to discipline attorneys at law. He is not currently subject to any disciplinary proceedings by any organization with authority to discipline attorneys at law.

4. Mr. Hang is actively associated with counsel of record in the above-captioned matter and will at all times associate himself with counsel of record in all court proceedings before this Court, unless so excused. He shall at all times be familiar with the facts and circumstances of the case in question and with the Local Rules of Civil Procedure in the prosecution of the above-captioned matter.

5. Mr. Hang's supporting affidavit and certificate of good standing required by L.R. 83.1(b) are filed with this motion.

WHEREFORE, Plaintiff respectfully requests that the Court grant this motion and allow the admission *pro hac vice* of Mr. Hang to this Court.

DATED At South Burlington, Vermont, this 15th day of August, 2025.

        RESPECTFULLY SUBMITTED

        KIRKPATRICK & GOLDSBOROUGH, PLLC.


By: */s/ Gregory Weimer*
Gregory A. Weimer, Esq.
*Local Counsel for Plaintiff*
1233 Shelburne Road, Suite E-1
So. Burlington, VT 05403
(Tel.) (802) 651-0960
gweimer@vtlawfirm.com

28781.001.prohacvice.Hang

3