# REVISED
### NOTICE OF HEARING

## UNITED STATES DISTRICT COURT
### FOR THE
### DISTRICT OF VERMONT

Mei Xin Zhao,

    Plaintiff,

v.                                          Case No.  2:25-cv-707

Magic Chopsticks LLC and
Michael Cheng,

    Defendants.

TAKE NOTICE that the above-entitled case is rescheduled for Thursday, February 5, 2026 at 11:00 a.m., in Burlington, Vermont, before the Honorable Kevin J. Doyle, Magistrate Judge, for a Status Conference.

Location:  Courtroom 410                            JEFFREY S. EATON, Clerk
                                                                                        By: /s/ Beth Cota
                                                                                        Deputy Clerk
                                                                                        1/30/2026

TO:

Jian Hang, Esq, (by video)
Yubo Li, Esq. (by video)
Gregory A. Weimer, Esq.

Michael Cheng, pro se

Mary Wang, Chinese interpreter (by video)