UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

Mei Xin Zhao,
Plaintiff(s),

v.

Magic Chopsticks, LLC et al.,
Defendant(s).

Civil Action No. 2:25-cv-00707

# EVALUATOR'S REPORT

Please select one:

- [x] First Session Report
- [ ] Second Session Report
- [ ] Third Session Report
- [ ] Corrected/Revised Report
- [ ] Supplemental Report
- [ ] Other

Gregory S. Clayton, the Early Neutral Evaluator, reports pursuant to Local Rule 16.1 (j) on the ENE session in this matter as follows:

**(j)(1)(A):** **Date of session:** 10/19/2026 **Start time:** 9:30 am **Finish time:** 1:30 pm

**(j)(1)(B):**

| Names of attendees: | Role: | Settlement authority: (check only where applicable) |
|---|---|---|
| Mei Xin Zhao | Plaintiff | ✔ |
| Yubo Li | Plaintiff's counsel | |
| Gregory A. Weimer | Plaintiff's counsel | |
| Michael Cheng | Defendant | ✔ |
| Evan K. Barquist | Defense counsel | |
| | | |
| | | |
| | | |
| | | |
| | | |

**(j)(1)(C):** **Substitute arrangements regarding attendance:**
none

**(j)(1)(D):** **Date parties' Evaluation Statements received by Evaluator:**
**Plaintiff(s):** **Date:** 10/16/2026
**Defendant(s):** **Date:** ____________

**(j)(1)(E):** **Oral presentations:**
none

**(j)(1)(F):** **Results of session:**
**(j)(1)(F)(i):** ☑ **Full settlement** ☐ **Partial settlement**

☐ **No settlement**

**(j)(1)(F)(ii):** **Stipulation to narrow the scope of dispute:** ☑ **N/A**

**(j)(1)(F)(iii):** **Agreement to limit discovery, facilitate future settlement, or otherwise reduce cost and delay related to trial preparation:** ☑ **N/A**

**Scheduling another ENE session:** ☐ **Yes** ☑ **No**

**Other comments** (please refer to L.R. 16.1(j)(2)):

Dated at Camden, Maine on this 21st day of October, 2026 .

/s/ Gregory S. Clayton
Gregory S. Clayton
Evaluator

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| Mei Xin Zhao, | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:25-cv-00707 |
| | ) | |
| Magic Chopsticks, LLC et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

**CERTIFICATE OF SERVICE**

I, Gregory S. Clayton, the Early Neutral Evaluator in the above-referenced matter, do hereby certify that on the 21st day of October, 2026, I served a copy of the foregoing Evaluator's Report on the parties as indicated below.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Counsel of Record | ✔ | CM/ECF | | | CM/ECF | | CM/ECF |
| | | U.S. Mail | | | U.S. Mail | | U.S. Mail |
| | | Hand | | | Hand | | Hand |

Dated at Camden, Maine on this 21st day of October, 2026.

/s/ Gregory S. Clayton
Gregory S. Clayton
Evaluator